IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARLENE S. EARLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-1437 (RDA/TCB) |
| ) | |
| U.S. DEPARTMENT OF HOUSING ) | |
| AND URBAN DEVELOPMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Theresa Buchanan on December 29, 2021. Dkt. 12. In this foreclosure sale case, Judge Buchanan recommends that the Court deny Marlene S. Earley's ("Plaintiff") Emergency Motion to stay the foreclosure proceedings on her home and the garnishment of her Social Security benefits. Furthermore, this Court recognizes that the foreclosure sale allegedly did not go forward on December 30, 2021 and "a new sale date has not been scheduled." Dkt. 22 at 2. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Judge Buchanan's Recommendation was January 12, 2022. To date, no objections have been filed.

After reviewing the record and Judge Buchanan's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation. Dkt. 12. Accordingly, Plaintiff's Motion (Dkt. 3) is DENIED.

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (holding that in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

The Clerk is directed to forward copies of this Order to counsel of record and to mail a copy of this Order to the *pro se* Plaintiff at her address of record.

It is SO ORDERED.

Alexandria, Virginia
January 13, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge